UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED OCT 14 PM 1:38

DARLENE V. MAIRENA, through her conservatory, MARIA C. MAIRENA,

Plaintiff(s),

v.

ENTERPRISE RENT-A-CAR HOSPITAL INSURANCE PLAN, ENTERPRISE RENT-A-CAR COMPANY, UNITED HEALTHCARE INSURANCE CO., INGENIX and DOES 1-100,

Defendant(s).

CASE NO. CV-09-4420

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Noah G. Lipschultz (#0387308), an active member in good standing of the bar of Minnesota whose business address and telephone number is, LITTLER MENDELSON, P.C., 1300 IDS Center, 80 South 8th Street, Minneapolis, MN 55402.2136, Telephone: 612.630.1000 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant-Counterclaimants INGENIX.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 26, 2009

_____
United States Magistrate Judge
Maria Elena James

Firmwide:92294136.1 061304.1006

American LegalNet, Inc.
www.FormsWorkflow.com

## CERTIFICATE OF SERVICE

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, CA 94108.2693. On **October 14, 2009**, I served:

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☒ by causing the document(s) listed above to be personally delivering to the person(s) at the address(es) set forth below by **Toshi's Legal Connection**. (A declaration will be obtained in our office and executed by the service upon completion of personal delivery.)

**ALBERT G. STOLL, JR., A Law Corporation**
**55 Francisco Street, Suite 403**
**San Francisco, CA 94133**
**Tel: 415-576-1500**
**Attorneys for Plaintiff Darlene V. Mairena, through her conservatory, Maria C. Mairena**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **October 14, 2009**, at San Francisco, California.

_____
JENNIFER A. LLEWELYN

Verification by Professional Service – **Toshi's Legal Connection**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **October 14, 2009,** at San Francisco, California.

_____
Signature

CERTIFICATE OF SERVICE                                      Case No. CV-09-4420 MEJ