IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE V. MAIRENA, through her conservator, MARIA C. MAIRENA,<br><br>Plaintiff,<br><br>vs.<br><br>ENTERPRISE RENT-A-CAR HOSPITAL INSURANCE PLAN., ENTERPRISE RENT-A-CAR COMPANY, UNITED HEALTHCARE INSURANCE CO., INGENIX DOES 1-100,<br><br>Defendants | Case No.: 09-04420-MEJ<br><br>NOTICE OF STIPULATED DISMISSAL OF ALBERT G. STOLL, JR. |

Pursuant 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants, ENTERPRISE RENT-A-CAR HOSPITAL INSURANCE PLAN., ENTERPRISE RENT-A-CAR COMPANY voluntarily dismiss Third Party Defendant ALBERT G. STOLL, JR based on the following stipulation. Plaintiff / Counter-Defendant, Third Party Defendants, ALBERT G. STOLL, JR and DARLENE V. MAIRENA, through her conservator, MARIA C. MAIRENA, agree that ALBERT G. STOLL, JR. will continue to hold the disputed funds to the final conclusion of the case, including resolution of any and all appeals, if such are filed. Additionally, no arguments will be made that ENTERPRISE RENT-A-CAR HOSPITAL INSURANCE PLAN and ENTERPRISE RENT-A-CAR COMPANY have not sued a necessary party to this action or that DARLENE V. MAIRENA does not have constructive possession of the disputed funds, as a result of the fact that ALBERT G. STOLL, JR. has possession of the disputed funds. Additionally, ALBERT G. STOLL, JR. agrees that he and his firm will be bound by any final judgment in this matter with respect to the appropriate disposition of the funds at issue.

STIPULATED.

ATTORNEYS FOR PLAINTIFF / COUNTER-DEFENDANT, THIRD PARTY DEFENDANTS

Dated: December 2, 2009

ALBERT G. STOLL, JR., SBN 164649
astoll@stoll-law.com
ALBERT G. STOLL, ALC
55 San Francisco St., Ste. 403
San Francisco, CA 94133
Tel.: (415) 576-1500
Fax.: (415) 576-1501

And

DONALD M. de CAMARA, SBN 69703
LAW OFFICES OF DONALD M. de CAMARA
1241 Carlsbad Village Drive, Ste. E
Carlsbad, CA 92008
Tel: (760) 730-7404
Fax: (760) 730-7409

ATTORNEYS FOR ENTERPRISE RENT-A-CAR HOSPITAL INSURANCE PLAN.,
ENTERPRISE RENT-A-CAR COMPANY

Dated:

Noah G. Lipschultz, Esq.
Littler Mendelson, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF DISMISSAL Case No. 09-04420-MEJ