**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARLENE V. MAIRENA, through her conservator, MARIA C. MAIRENA, | ) Case No.: 09-04420-MEJ |
| ) | |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER RE PRETRIAL AND DISCOVERY DEADLINES |
| vs. | ) |
| ENTERPRISE RENT-A-CAR HOSPITAL INSURANCE PLAN., ENTERPRISE RENT-A-CAR COMPANY, UNITED HEALTHCARE INSURANCE CO., INGENIX DOES 1-100, | )) |
| Defendants | ) |

Defendants, ENTERPRISE RENT-A-CAR HOSPITAL INSURANCE PLAN.,

ENTERPRISE RENT-A-CAR COMPANY and Plaintiff / Counter-Defendant, Third Party

Defendants, DARLENE V. MAIRENA, through her conservator, MARIA C. MAIRENA, agree

that all discovery, pretrial, and trial dates shall be suspended and reset after this Court's ruling on

the pending COUNTER-DEFENDANT'S AND THIRD- PARTY DEFENDANT'S MOTION TO

DISMISS COUNTERCLAIM -FRCP 12(b)(6).  This motion was heard and submitted on December

10, 2009.  Within 30 days of the Court's order on the motion to dismiss the parties will propose new

dates to the Court and the Court will reset all discovery, pretrial, and trial dates.

STIPULATED.

ATTORNEYS    FOR    PLAINTIFF    / COUNTER-DEFENDANT, THIRD PARTY DEFENDANTS

Dated: May 4, 2010            *ALBERT G. STOLL, JR*

ALBERT G. STOLL, JR., SBN 164649
astoll@stoll-law.com
ALBERT G. STOLL, ALC
55 San Francisco St., Ste. 403
San Francisco, CA 94133
Tel.: (415) 576-1500
Fax.: (415) 576-1501

And

DONALD M. de CAMARA, SBN 69703
LAW OFFICES OF DONALD M. de CAMARA
1241 Carlsbad Village Drive, Ste. E
Carlsbad, CA 92008
Tel: (760) 730-7404
Fax: (760) 730-7409



ATTORNEYS FOR ENTERPRISE RENT-A-
CAR HOSPITAL INSURANCE PLAN,
ENTERPRISE RENT-A-CAR COMPANY


Dated: May 4, 2010          *Noah G. Lipschultz*
                             Noah G. Lipschultz, Esq.
                             Littler Mendelson, P.C.
                             1300 IDS Center
                             80 South 8th Street
                             Minneapolis, MN 55402


    **IT IS SO ORDERED.**


  Dated: May 4, 2010

                             _____
                             Chief Magistrate Maria-Elena James
                             Judge Presiding


STIPULATION AND ORDER RE PRETRIAL DEADLINES          Case No. 09-04420-MEJ