# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| DARLENE V. MAIRENA, through her conservator, MARIA C. MAIRENA,<br><br>           Plaintiff,<br>    v.<br><br>ENTERPRISE RENT-A-CAR HOSPITAL INSURANCE PLAN, ENTERPRISE RENT-A-CAR COMPANY, UNITED HEALTHCARE INSURANCE CO., and INGENIX,<br><br>           Defendants.<br>_____/ | No. C 09-4420 MEJ<br><br>**ORDER SCHEDULING CMC** |

On September 30, 2010, the Court denied Plaintiff's motion to dismiss Defendant's counterclaims in this case. Accordingly, this matter is ready to be placed back on calendar, and the Court ORDERS the parties to appear for a case management conference on November 4, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint status report by October 28, 2010.

**IT IS SO ORDERED.**

Dated: October 7, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge