1  CONSTANCE E. NORTON, Bar No. 146365
   Email:  cnorton@littler.com
2  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:     415.433.1940
4  Facsimile:     415.399.8490

5

6  Attorneys for Defendants and Counterclaimants
   ENTERPRISE RENT-A-CAR HOSPITAL
7  INSURANCE PLAN and ENTERPRISE
   HOLDINGS, INC.

8

9  *Additional Counsel on following page*

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14 | DARLENE V. MAIRENA, through her conservator, MARIA C. MAIRENA, | Case No.  CV-09-4420 MEJ |
|---|---|
|  | |
| Plaintiff/Counter-Defendant, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ENTERPRISE RENT-A-CAR HOSPITAL INSURANCE PLAN, ENTERPRISE HOLDINGS, INC. | COMPLAINT FILED:  September 21, 2009 TRIAL DATE:         No date set. |
| Defendants/Counter-claimants. | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION TO DISMISS                    Case No.  CV-09-4420 MEJ

NOAH G. LIPSCHULTZ, MN Bar No. 0387308
Email:  nlipschultz@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone:     612.630.1000
Facsimile:      612.630.9626

Appearing *Pro Hac Vice*

Attorneys for Defendants and Counterclaimants
ENTERPRISE RENT-A-CAR HOSPITAL INSURANCE PLAN and ENTERPRISE HOLDINGS,
INC.

ALBERT G. STOLL, JR., SBN 164649
ALBERT G. STOLL, ALC
E-mail:  astoll@stoll-law.com
55 San Francisco St., Ste. 403
San Francisco, CA 94133
Tel.: (415) 576-1500
Fax.: (415) 576-1501

DONALD M. de CAMARA, SBN 69703
LAW OFFICES OF DONALD M. de CAMARA
E-mail:  decamlaw@sbcglobal.net
1241 Carlsbad Village Drive, Ste. E
Carlsbad, CA 92008
Tel: (760) 730-7404
Fax: (760) 730-7409

Attorneys for Plaintiff/Counter-Defendant
DARLENE V. MAIRENA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION TO DISMISS                    2                    Case No.  CV-09-4420 MEJ

1

2          Plaintiff/Counter-Defendant Darlene Mairena, through her conservator Maria

3   Mairena, and Defendants/Counter-claimants Enterprise Rent-A-Car-Hospital Insurance Plan and

4   Enterprise Holdings, Inc., through their attorneys and pursuant to Federal Rule of Civil Procedure

5   41(a)(1), hereby stipulate that the claims and counterclaims in the above-captioned matter be

6   dismissed with prejudice, with each side to bear its own costs and attorneys' fees.   The parties

7   respectfully request that the Court enter an order dismissing this case accordingly.

8

9   Dated: January 24, 2011                    Respectfully submitted,

10

11                                             /s/Albert G. Stoll, Jr.
                                               Albert G. Stoll, Jr.
12                                             Donald M. de Camara

13                                             Attorneys for Plaintiff/Counter Defendant
                                               DARLENE MAIRENA

14  Dated: January 24, 2011                    Respectfully submitted,

15

16                                             /s/ Constance E. Norton
                                               CONSTANCE E. NORTON
17                                             NOAH G. LIPSCHULTZ
                                               LITTLER MENDELSON P.C.
18
                                               Attorneys for Defendants and
19                                             Counterclaimants
                                               ENTERPRISE RENT-A-CAR HOSPITAL
20                                             INSURANCE PLAN and ENTERPRISE
                                               HOLDINGS, INC.
21

22          Pursuant to Stipulation, **IT IS SO ORDERED**.

23

24  Dated: January _ 24 _ , 2011

25

26                                             THE HONORABLE MARIA-ELENA JAMES
                                               UNITED STATES DISTRICT JUDGE
27
    Firmwide:99575686.1 061304.1006
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO DISMISS                   3                    Case No.  CV-09-4420 MEJ